No. 91.  FORT *v.* CITY OF MIAMI, *ante,* p. 918;

No. 115.  HELLER *v.* CONNECTICUT, *ante,* p. 902;

No. 139.  SOUTH SHORE PACKING CORP. *v.* CITY OF VERMILION, *ante,* p. 847;

No. 176.  PRICE, DBA HOWARD PRICE & CO. *v.* STATE ROAD COMMISSION OF WEST VIRGINIA ET AL., *ante,* p. 14;

No. 177.  WETHERALL ET AL. *v.* STATE ROAD COMMISSION OF WEST VIRGINIA ET AL., *ante,* p. 14;

No. 207.  JACKSON ET AL. *v.* WESTERN GEOTHERMAL, INC., ET AL., *ante,* p. 823;

No. 275.  WILLIS *v.* O'BRIEN, JUDGE, *ante,* p. 848;

No. 284.  PINTO, PRISON FARM SUPERINTENDENT *v.* PIERCE, *ante,* p. 31;

No. 306.  ASSOCIATED PRESS *v.* WALKER, *ante,* p. 28;

No. 395.  MOTOROLA, INC. *v.* ARMSTRONG, EXECUTRIX, *ante,* p. 830;

No. 455.  STIEF *v.* J. A. SEXAUER MANUFACTURING CO., INC., ET AL., *ante,* p. 897;

No. 83, Misc.  WYLEY *v.* WARDEN, MARYLAND PENITENTIARY, *ante,* p. 863;

No. 100, Misc.  WALKER *v.* NATIONAL MARITIME UNION ET AL., *ante,* p. 864;

No. 167, Misc.  DEDMON *v.* OLIVER, WARDEN, ET AL., *ante,* p. 867;

No. 338, Misc.  STARNER *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT, *ante,* p. 889;

No. 485, Misc.  ANDERSON *v.* CALIFORNIA, *ante,* p. 916;

No. 507, Misc.  JACKSON *v.* WILSON, WARDEN, ET AL., *ante,* p. 917;

No. 509, Misc.  MARTINEZ *v.* CALIFORNIA, *ante,* p. 943; and

No. 538, Misc.  DENTO *v.* UNITED STATES, *ante,* p. 944. Petitions for rehearing denied.